UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL L. HARRELL,<br><br>               Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. CV-16-121-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1) Mr. Harrell's Motion for Summary Judgment is DENIED.

2) The Commissioner's Motion for Summary Judgment is GRANTED.

Dated this 4th day of December, 2017.

                              TYLER P. GILMAN, CLERK

                              By: /s/ S. Redding
                                         S. Redding, Deputy Clerk